1   Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
2   300 South First Street, Suite 342
    San Jose, California  95113
3   Telephone (408) 298-2000
    Facsimile (408) 298-6046
4   Emails: tanya@moorelawfirm.com;
    service@moorelawfirm.com
5
    Attorney for Plaintiff,
6   Gerardo Hernandez

7

8

9                  **UNITED STATES DISTRICT COURT**

10                **NORTHERN DISTRICT OF CALIFORNIA**

11

12   GERARDO HERNANDEZ,                    )   No.  5:19-cv-08393-NC
                                           )
13              Plaintiff,                 )   **STIPULATION FOR DISMISSAL OF**
                                           )   **ENTIRE ACTION**
14        vs.                              )
                                           )
15   DIDDAMS PARTY HEADQUARTERS dba        )
     DIDDAMS PARTY & TOY STORE; 1952       )
16   EL CAMINO LLC,                        )
                                           )
17              Defendants.                )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20   _____  )

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

1    **IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and

2  Defendants, Diddams Party Headquarters dba Diddams Party & Toy Store; and 1952 El

3  Camino LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure

4  41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each

5  party is to bear its own attorneys' fees and costs.

6

7  Dated: June 15, 2020                          MOORE LAW FIRM, P.C.

8                                                */s/ Tanya E. Moore*
                                                 Tanya E. Moore
9                                                Attorney for Plaintiff,
10                                               Gerardo Hernandez

11
   Dated: June 15, 2020                          CLYDE & CO US LLP
12

13                                               */s/ Alison K. Beanum*
                                                 Alison K. Beanum
14                                               Attorneys for Defendants,
                                                 Diddams Party Headquarters dba Diddams Party &
15                                               Toy Store; and 1952 El Camino LLC

16

17                                      **ATTESTATION**

18
   Concurrence in the filing of this document has been obtained from each of the individual(s)
19  whose electronic signature is attributed above.

20                                               */s/ Tanya E. Moore*
                                                 Tanya E. Moore
21                                               Attorney for Plaintiff,
22                                               Gerardo Hernandez

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION